UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1559
_____

UNITED STATES OF AMERICA

v.

DAGOBERTO ENRIQUE ESTRELLA
a/k/a EL TIO
a/k/a TONY

DAGOBERTO ESTRELLA, Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal No. 2-08-cr-00656-001 )
District Judge: The Honorable Susan D. Wigenton

Submitted Under Third Circuit L.A.R. 34.1(a)
January 10, 2012

BEFORE: FUENTES, JORDAN, and NYGAARD, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on January 10, 2012.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the said District Court entered on February 28, 2011, be, and the same is hereby affirmed.

The motion filed by William J. Hunt, Esquire, to withdraw his representation of the Appellant in this matter is hereby granted.

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
 Clerk

Dated: February 28, 2012